UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Blue Telescope, Inc.,          Plaintiff,

10 cv 1176 ( )

-against-

Mirror Show Management, Inc.
and Obscura Digital Incorporated,   Defendant.
----------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: **Sharon P. Stiller**

[ ] Attorney

[X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: **SS 7840**; My State Bar Number is: **508668**

[ ] I am a Pro Hac Vice attorney

[ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

From: Boylan & Brown, Code, Vigdor & Wilson, LLP

To: Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP

[X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

[ ] Address: 45 Exchange Street, Suite 275, Rochester, New York 14614

[ ] Telephone No.: (585) 232-6002

[ ] Fax No.: (585) 232-6019

[ ] E-Mail Address: sstiller@abramslaw.com

Dated: 7/29/10

/s/ Sharon P. Stiller
ATTORNEY'S SIGNATURE