UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| BLUE TELESCOPE, INC., <br><br> Plaintiff, <br><br> -against- <br><br> MIRROW SHOW MANAGEMENT, INC. and OBSCURA DIGITAL INCORPORATED, <br><br> Defendants. | 10-cv-1176 (GBD) <br><br> **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Jeffrey A. Udell attorney for Defendant Obscura Digital, Inc. and said sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

- Applicant's Name:   Michael L. Schrag
- Firm Name::   Meade & Schrag LLP
- Address:   1816 Fifth Street
- City/State/Zip:   Berkeley, CA 94710
- Telephone/Fax:   (510) 843-3670 / (510) 843-3679
- Email Address:   michael@meadeschrag.com

is admitted to practice pro hac vice as counsel for Defendant Obscura Digital, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
New York, New York

02 AUG 2010

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS

1026128-1

1026128-1