USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 0 4 AUG 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
Blue Telescope
                         Plaintiff,

   -v-

Mirror Show Mgmt. et. al.
                         Defendants.

------------------------------------------------------------ x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

10 Cv1176 (GBD)( HBP )

      The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

_X_ Settlement

\_\_\_ Inquest on damages and Determination of Jurisdiction

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:\_\_\_
_____

All such motions: \_\_\_\_

Dated: <u>August 3, 2010</u>

SO ORDERED:

*/s/ George B. Daniels*
United States District Judge