UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE TELESCOPE, INC.,<br><br>                              Plaintiff,<br><br>-against-<br><br>MIRROW SHOW MANAGEMENT, INC. and<br>OBSCURA DIGITAL INCORPORATED,<br><br>                              Defendants. | 10 Civ. 1176 (GBD)<br><br>**_NOTICE OF APPEARANCE_** |

To the Clerk of This Court and All Parties of Record:

   PLEASE TAKE NOTICE that the undersigned counsel hereby appears in this action, for defendant Obscura Digital Incorporated.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       August 4, 2010

                              OLSHAN GRUNDMAN FROME ROSENZWEIG
                              & WOLOSKY LLP

                              By:    /s/ Jennifer L. Heil
                                 Jennifer L. Heil (JH 4290)
                                 Park Avenue Tower
                                 65 East 55th Street
                                 New York, New York 10022
                                 (212) 451-2300
                                 jheil@olshanlaw.com

                              *Attorneys defendant for Obscura Digital*
                              *Incorporated*

1032318-1

1