AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

## APPEARANCE

Case Number:   10 - CV - 1176

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Blue Telescope, Inc.

I certify that I am admitted to practice in this court.

| 9/16/2010 | | John Brooks Baldini | |
| Date | | Signature | |
| | | John Brooks Baldini | JB8001 |
| | | Print Name | Bar Number |
| | | 550 West Main Street | |
| | | Address | |
| | | Boonton | NJ | 07005 |
| | | City | State | Zip Code |
| | | (973) 402-5505 | (973) 402-0350 |
| | | Phone Number | Fax Number |