```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
BLUE TELESCOPE, INC.,                :

                    Plaintiff,       :   10 Civ. 1176 (GBD)(HBP)

     -against-                       :   ORDER

MIRROR SHOW MANAGEMENT INC.          :
and OBSCURA DIGITAL INCORPORATED,
                                     :
                    Defendants.
                                     :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 27 SEP 2010

DANIELS, United States District Judge,

The parties having reported a settlement in this matter, it is hereby ORDERED that the complaint and all counterclaims in this action are hereby dismissed with prejudice and without costs.

Dated: New York, New York
       September ___, 2010

**27 SEP 2010**

SO ORDERED

_____
GEORGE B. DANIELS
United States District Judge
HON. GEORGE B. DANIELS