UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BLUE TELESCOPE, INC.        Plaintiff,          10-CV-1176  _( )

-against-

MIRROR SHOW MANAGEMENT
                            Defendant.
---------------------------------------------------------- X

## NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending          [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Sharon P. Stiller

[X]  Attorney

   [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: July 13, 2010 _; My State Bar Number is: 020206

   [ ] I am a Pro Hac Vice attorney

   [ ] I am a Government Agency attorney

[ ]  Law Firm/Government Agency Association

   From: Boylan, Brown, Code, Vigdor & Wilson, LLP

   To: Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP

   [X] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

   [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:   500 Linden Oaks, Suite 110
               Rochester, New York 14625

[X] Telephone No.:  585-218-9999

[X] Fax No.:  585-218-5062

[X] E-Mail Address:  sstiller@abramslaw.com

Dated: 09/24/2010                    _____
                                     ATTORNEY'S SIGNATURE

## ABRAMS ⬛ FENSTERMAN

Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP

Attorneys at Law
www.abramslaw.com

| | | |
|---|---|---|
| 630 Third Avenue - 5th Floor<br>New York, New York 10017<br>Phone: 212-279-9200<br>Fax: 212-279-0600 | 500 Linden Oaks - Suite 130<br>Rochester, New York 14625<br>Phone: 585-218-9999<br>Fax: 585-218-0562<br>Fax Not For Legal Service | 1111 Marcus Avenue - Suite 107<br>Lake Success, New York 11042<br>Phone: 516-328-2300<br>Fax: 516-328-6638 |

September 24, 2010

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

RE:   Attorney Change of Address

To Whom It May Concern:

Please note that on September 1, 2010, my law firm moved to a new location. The previous address was 45 Exchange Boulevard, Suite 275, Rochester, New York 14614. The firm's new address and telephone information is:

**Sharon P. Stiller, Esq.**
**Abrams, Fensterman, Fensterman, Eisman, Greenberg, Formato & Einiger, LLP**
**500 Linden Oaks, Suite 110**
**Rochester, New York 14625**
**Telephone: (585) 218-9999**
**Fax:   (585) 218-0562**
**E:Mail:   sstiller@abramslaw.com**

I was admitted to the Southern District of New York on July 13, 2010. My State Bar Number is 020206. If you have any questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Sharon P. Stiller